## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| David Koch, Jr. | : | No. 23-12331-pmm |
| Brittany Lynn Hurley-Koch | : | |
|     Debtors | : | |
| | : | |
| Scott F. Waterman, Esquire, | : | |
| Chapter 13 Trustee | : | Adv. No. 23-00069-pmm |
|     Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| ClearOne Advantage, LLC | : | |
|     Defendant | : | |

### ORDER

**AND NOW**, upon consideration of the Plaintiff's Motion for Default Judgment and after notice,

It is **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. Judgment shall be entered in favor of Plaintiff, Scott F. Waterman, Esquire, Chapter 13 Trustee and against ClearOne Advantage, LLC in the amount of $1,640.00.

BY THE COURT:

Dated: _____          _____

**Patricia M. Mayer,**
**United States Bankruptcy Judge**